UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MUHAMMAD J. KAHN,

                Plaintiff(s),

   -against-

THE UNITED STATES OF AMERICA,
THE UNITED STATES POSTAL SERVICE and
SHELLY S. MCINTOSH-GARRAWAY,

                Defendant(s).

---------------------------------------------------------------X

CIV NO.
PLAINTIFF DEMANDS A TRIAL
BY JURY

**VERIFIED COMPLAINT**

Plaintiff, MUHAMMAD J. KAHN, by his attorneys, JOSEPH R. BONGIORNO &

ASSOCIATES, P.C., as and for his Complaint against defendants, THE UNITED STATES OF

AMERICA, THE UNITED STATES POSTAL SERVICE and SHELLY S. MCINTOSH-GARRAWAY,

alleges as follows:

### PARTIES

1. Plaintiff, MUHAMMAD J. KAHN, at all times mentioned herein, has resided in the County
   of Kings, City and State of New York.

2. That at all times mentioned herein, the defendant, THE UNITED STATES POSTAL
   SERVICE, was and still is an independent agency of the executive branch of the defendant,
   THE UNITED STATES OF AMERICA.

3. That at all times mentioned herein, the defendant, SHELLY S. MCINTOSH-GARRAWAY,
   was and still is an employee of the defendants, THE UNITED STATES OF AMERICA and
   THE UNITED STATES POSTAL SERVICE, acting within the furtherance of said
   employment under the circumstances as alleged herein.

### JURISDICTION STATEMENT

4. This Court has subject matter jurisdiction in this action pursuant to 28 U.S.C. §§ 1331,
   1346(b), 2671 et. seq., 2674 et. seq., and 2675 et. seq.

5. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(e)(1)(b) and 1402(b).

6.  The amount in controversy exceeds, exclusive of interest and costs, the sum of SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS.

7.  That on or about January 22, 2021, the plaintiff, MUHAMMAD J. KAHN, properly filed a standard claim form for damages, injuries or death with the United States Postal Service, in the Tri Borough District Office, at 1050 Forbell Street, Brooklyn, New York 11256.  (See **Exhibit A**).

8.  On August 10, 2021, the Law Department, National Tort Center for the defendant, UNITED STATES POSTAL SERVICE, sent a denial letter, and the instant action is commenced within six months of their administratively denying the plaintiff, MUHAMMAD J. KAHN's claim.  (See **Exhibit B**).

**AS AND FOR A FIRST CAUSE OF ACTION**
**AGAINST THE DEFENDANTS**

9.  That at all times mentioned herein, the defendants, THE UNITED STATES OF AMERICA and THE UNITED STATES POSTAL SERVICE, their agents, servants and/or employees, including but not limited to the defendant, SHELLY S. MCINTOSH-GARRAWAY, owned, operated, maintained, controlled and/or supervised a Freightliner Box Truck bearing plate number 3510372.

10. That at all times mentioned herein, the defendants, THE UNITED STATES OF AMERICA and THE UNITED STATES POSTAL SERVICE, their agents, servants and/or employees, including but not limited to the defendant, SHELLY S. MCINTOSH-GARRAWAY, owned, operated, maintained, controlled and/or supervised a Freightliner Box Truck.

11. That at all times mentioned herein, the defendant, SHELLY S. MCINTOSH-GARRAWAY, operated said Freightliner Box Truck with the permission and consent, either expressed or implied, of the defendants, THE UNITED STATES OF AMERICA and THE UNITED STATES POSTAL SERVICE.

12. That at all times mentioned herein, the defendant, SHELLY S. MCINTOSH-GARRAWAY, operated said Freightliner Box Truck in the course of her employment with the defendants, THE UNITED STATES OF AMERICA and THE UNITED STATES POSTAL SERVICE.

13. That at all times mentioned herein, Atlantic Avenue west of its intersection with Clermont Avenue, in the County of Kings, City and State of New York, was and still is a public roadway.

14. That on or about February 15, 2019, at approximately 6:13 p.m., the vehicle operated by the defendant, SHELLY S. MCINTOSH-GARRAWAY, and owned by the defendants, THE UNITED STATES OF AMERICA and THE UNITED STATES POSTAL SERVICE, came into violent contact with the left front quarter panel of the vehicle operated by the plaintiff, MUHAMMAD J. KAHN.

15. That the foregoing occurred by reason of the negligence, carelessness, and recklessness of the defendants, THE UNITED STATES OF AMERICA, THE UNITED STATES POSTAL SERVICE and SHELLY S. MCINTOSH-GARRAWAY, in the ownership, operation, maintenance, control and/or supervision of their motor vehicle without any negligence on the part of the plaintiff, MUHAMMAD J. KAHN, contributing thereto.

16. That as a result of the foregoing, the plaintiff, MUHAMMAD J. KAHN, sustained serious, severe and protracted injuries rendering him sick, lame and sore, and in need of medical aid and attention.

17. That said injuries constitute a serious injury as defined by § 5102(d) of the Insurance Law or economic loss greater than the basic economic loss as defined in § 5102(a) of the Insurance Law.

18. That as a result of the foregoing, the plaintiff, MUHAMMAD J. KAHN, demands judgment against the defendants, THE UNITED STATES OF AMERICA, THE UNITED STATES POSTAL SERVICE and SHELLY S. MCINTOSH-GARRAWAY, in the sum of FIVE HUNDRED THOUSAND ($500,000.00) DOLLARS.

## AS AND FOR A SECOND CAUSE OF ACTION
### AGAINST THE DEFENDANTS

19. Plaintiff, MUHAMMAD J. KAHN, repeats, reiterates and realleges each and every allegation contained in paragraphs marked and designated "1" through "16" with the same force and effect as if each were hereinafter set forth at length.

20. That at all times mentioned herein, the plaintiff, MUHAMMAD J. KAHN, was the owner of a 2006 Toyota SW/SUV bearing New York State license plate number HYB5178.

21. That as a result of the foregoing negligence, carelessness and recklessness of the defendants, THE UNITED STATES OF AMERICA, THE UNITED STATES POSTAL SERVICE and SHELLY S. MCINTOSH-GARRAWAY, in the ownership, operation, maintenance, control, and/or supervision of the said Freightliner Box Truck, said motor vehicle owned by the plaintiff, MUHAMMAD J. KAHN, sustained substantial damage.

22. That as a result of the foregoing, the plaintiff, MUHAMMAD J. KAHN, demands judgment against the defendants, THE UNITED STATES OF AMERICA, THE UNITED STATES POSTAL SERVICE and SHELLY S. MCINTOSH-GARRAWAY, in the sum of ONE THOUSAND FIVE HUNDRED ($1,500.00) DOLLARS.

WHEREFORE, the plaintiff, MUHAMMAD J. KAHN, demands judgment against the defendants, THE UNITED STATES OF AMERICA, THE UNITED STATES POSTAL SERVICE and SHELLY S. MCINTOSH-GARRAWAY on the First Cause of Action in the sum of FIVE HUNDRED THOUSAND ($500,000.00) DOLLARS and on the Second Cause of Action, in the sum of ONE THOUSAND FIVE HUNDRED ($1,500.00) DOLLARS, together with the costs, disbursements and attorneys' fees of this action.

Dated:  Mineola, New York
        October 26, 2021

Yours, etc.
JOSEPH R. BONGIORNO & ASSOCIATES, P.C.
Attorneys for the plaintiff, MUHAMMAD KAHN

By: _____
JOSEPH R. BONGIORNO, ESQ.  (1832)
220 Mineola Boulevard
Mineola, NY 11501
(516) 741-2405

## VERIFICATION

STATE OF NEW YORK     )
                              ss.:
COUNTY OF NASSAU     )

         JOSEPH R. BONGIORNO, being duly sworn, deposes and says:

         That he is the attorney for the plaintiff, MUHAMMAD J. KAHN, in the within action.

That he has read the foregoing VERIFIED COMPLAINT and knows the contents thereof; that

the same is true to the knowledge of deponent, except as to the matters therein stated to be

alleged upon information and belief, and that as to those maters, he believes it to be true.

         That the source of deponent's information is papers and records in deponent's possession and file.

         That the reason this Verification is made by your deponent and not by said plaintiff is that the

plaintiff is not within the County where deponent maintains his office.

                                JOSEPH R. BONGIORNO

Sworn to before me this
27th day of October 2021

_____
Notary Public

ELVIA MARISOL TERAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01TE6285335
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES JULY 1, 2025

# EXHIBIT "A"

**THE LAW OFFICES OF**
# JOSEPH R. BONGIORNO & ASSOCIATES, P.C.
**ATTORNEYS AT LAW**
**250 Mineola Boulevard**
**Mineola, N.Y. 11501**
(212) 753- 8901
(516) 741-2405
(201) 493-7125
*FAX:* (516) 741-2554
*E-mail:* _JRBLAWFIRM@AOL.COM_

JOSEPH R. BONGIORNO *
*ADMITTED IN N.Y. & N.J.
**ADMITTED IN CT

OF COUNSEL
DONALD N. RIZZUTO**
Hon. ALLAN JENNINGS **(NYC Council 2001-2005)
MARYLYN P. LIPMAN*
HENRY M. IERVOLINO

January 22, 2021

Overnight Delivery
United States Postal Service
Tri Borough District
1050 Forbell Street
Brooklyn, New York 11256
Attn:   Maura Nunez

            Re:     Mohammed Kahn v. USPS
                     Notice of Intention to Sue

Dear Ms. Nunez:

        Please find enclosed an original and one copy of a notice of Intention to Sue submitted on behalf of our client, Mohammed Kahn relating to an automobile accident that occurred on February 5, 2019.

        I would appreciate if you could date stamp the copy and return same in the self-addressed, stamped envelope provided.

        Thank you for your courtesy and attention to this matter.

                        Very truly yours,

                        Joseph R. Bongiorno

JRB/mc

NEW JERSEY OFFICE: 411 Hackensack Avenue, Hackensack, New Jersey 07601
BRONX OFFICE:   2565 Frisby Avenue, Bronx, New York 10462
**PLEASE RESPOND TO THE NY OFFICE**

FORM APPROVED
OMB NO. 1105-0008

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| USPS, Triborough District<br>1050 Forbell Street,<br>Brooklyn, New York 11256 | Muhammed Khan<br>145 S. Portland Avenue<br>Brooklyn, New York 11217 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 11/10/1951 | Widowed | 2/15/2019 | Friday | 6:13 p.m. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

An automobile accident that occurred on Atlantic Avenue west of Clermont Avenue in Brooklyn, New York when the vehicle operated by the Claimant that was at a stop facing westbound on Atlantic Avenue was struck on the left front quarter panel by a USPS vehicle operated by Shelly S. McIntosh-Garraway traveling westbound on Atlantic Avenue.

## PROPERTY DAMAGE

**9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, Street, City, State, and Zip Code).

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED.** (See instructions on reverse side).

Left front quarter panel, left front tire, front bumper and windshield. Claimant has vehicle at his residence.

## PERSONAL INJURY/WRONGFUL DEATH

**10. STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.**

C3-C4, C4-5, C5-C6 & C6-C7 disc herniations with bilateral neural foraminal narrowing; L3-L4 & L4-L5 disc herniations with nerve root impingements; postive EMG; tear of the superior labrum of the left shoulder with tendinosis & bursal fraying of the supraspinatus and infraspinatus tendons; all are permanent in their nature and/or sequela; and have resulted in (see attached)

## WITNESSES

| 11. NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Monique White | address unknown |
| Joan Lynch | address unknown |

## AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| appx $1,500.00 | 500,000.00 | n/a | $501,500.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 646-400-7428 | 1/22/2021 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

GEICO Inurance, P.O. Box 9507, Fredericksburg, VA 22403
Claim No. 031854068-0101-088   Policy No. 4089-51-71-24

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** [X] Yes [ ] No    **17. If deductible, state amount.**

Claim was filed for personal injury protection

no deductible

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts.)

Carrier is paying medical bills incurred

**19. Do you carry public liability and property damage insurance?** [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

no

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

**10. continued** – pain and disability; inability to engage in his usual and customary daily household and social activities. Medical bills have been incurred for care and treatment.

ATTACHMENTS:

(1) Police Report
(2) Medical Records from A to Z Medical Care, P.C.
(3) Photographs of the Vehicles

6/27/2019

# A to Z  MEDICAL  CARE  P.C.
## 92 – 05 ROCKAWAY Blvd, 1st Flr .
## OZONE PARK, N.Y 11417
### Tel: 347 475-0078

**Patient:**        KHAN, MOHAMMAD.

## CHIEF COMPLAINT:
Patient is 67 year old Male who presents with neck pain radiating to the both upper extremities.
These symptoms have been present for more than 2 months.

The study was performed to further document, isolate and localize the level of possible lesion as
suggested by clinical symptomatology and rule out radiculopathy.

### Motor Nerves

| Site | NR | Onset (ms) | O-P Amp (mV) | Segment Name | Delta-O (ms) | Dist (cm) | Vel (m/s) |
|------|----|-----------|--------------|--------------|--------------|-----------|-----------|
| **Left Ulnar (Abd Dig Min)** | | | | | 4.53 | 27 | 59.60 |
| Wrist | | 2.42 | 8.36 | B Elbow-Wrist | | | |
| B Elbow | | 6.95 | 7.85 | | | | |
| **Right Ulnar (Abd Dig Min)** | | | | | 4.45 | 27 | 60.67 |
| Wrist | | 3.05 | 8.47 | B Elbow-Wrist | | | |
| B Elbow | | 7.50 | 7.73 | | | | |
| **Right Median (Abd Poll Brev)** | | | | | 6.17 | 26 | 42.14 |
| Wrist | | 3.83 | 3.23 | Elbow-Wrist | | | |
| Elbow | | 10.00 | 2.03 | | | | |
| **Left Median (Abd Poll Brev)** | | | | | 5.63 | 26 | 46.18 |
| Wrist | | 3.67 | 6.74 | Elbow-Wrist | | | |
| Elbow | | 9.30 | 6.32 | | | | |

### Sensory Nerves

| Site | NR | Onset (ms) | O-P Amp (µV) | Segment Name | Delta-O (ms) | Dist (cm) | Vel (m/s) |
|------|----|-----------|--------------|--------------|--------------|-----------|-----------|
| **Right Median Sen (2nd Digit)** | | | | | | | |
| Wrist | NR | | | Wrist-2nd Digit | | | |
| **Left Median Sen (2nd Digit)** | | | | | | | |
| Wrist | NR | | | Wrist-2nd Digit | | | |
| **Left Ulnar Sen (5th Digit)** | | | | | | | |
| Wrist | NR | | | Wrist-5th Digit | | | |
| **Right Ulnar Sen (5th Digit)** | | | | | | | |
| Wrist | NR | | | Wrist-5th Digit | | | |

**Patient:** KHAN, MOHAMMAD.          **Test Date:** 6/27/2019          p. 2

## FWave/HReflex

| NR | Lat1 (ms) | Lat2 (ms) | Delta (ms) | Amp (μV) |
|---|---|---|---|---|
| Left Median-F (APB) | 26.84 | 0.00 | 26.84 | |
| Left Ulnar-F (ADM) | 30.82 | 0.00 | 30.82 | |
| Right Median-F (APB) | 27.14 | 0.00 | 27.14 | |
| Right Ulnar-F (ADM) | | | | |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Both | Levator Scap | Dorsal Scap | C3-5 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Both | Biceps | Musculocut | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Both | Deltoid | Axillary | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Both | BrachioRad | Radial | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Both | Flex CarRad | Median | C6-7 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Both | Triceps | Radial | C6-7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Both | CervPara C5-6 | Rami | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Both | CervPara C6-7 | Rami | C6-7 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Both | CervPara C7-8 | Rami | C7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |

## SUMMARY OF FINDINGS:

The bilateral ulnar motor nerves revealed normal distal latency, normal amplitude and normal conduction velocity. The right median motor nerve revealed normal distal latency, normal amplitude and decreased conduction velocity.   The left median motor nerve revealed normal distal latency, decreased amplitude and decreased conduction velocity.   The sensory nerve action potentials of the bilateral median and ulnar nerves were unobtainable.   The bilateral median and ulnar F-wave latencies were normal.   EMG Needle examination was performed with a monopolar disposable needle on the muscles indicated above.   Study revealed no signs of electrical instability.

## IMPRESSION:

The above electrodiagnostic study reveals evidence of a   bilateral sensorimotor median and bilateral sensory ulnar nerves lesion.

## RECOMMENDATIONS:

Since the clinical symptoms are persistent, the patient should continue the treatment, including physical therapy, massage, electro-stimulation, strengthening and stretching exercises, and chiropractic manipulations.   Should the symptoms persist further, a follow up neurophysiologic study would be useful in continuous management of this patient's case.

Lily Zarhin, M.D., P.M. & R

**Patient:** KHAN, MOHAMMAD.        **Test Date:** 6/27/2019                    p.  3



**Patient:**   KHAN, MOHAMMAD.          **Test Date:**   6/27/2019          p.   4



To: "A TO Z MEDICAL CARE, PG" From: CDI Pages: 2



**CitiMed**
DIAGNOSTIC

---

65-55 Woodhaven Blvd., Rego Park, NY, 11374
Tel: (718) 275-2200 Fax: (718) 275-7800
www.citimedny.com

---

**PATIENT NAME:**     **KHAN, MOHAMMAD**
**DATE OF BIRTH:**     **11/10/1951**
**MRN #:**     **WD7686**
**DATE OF SERVICE:**     **06/02/2019**
**REFERRING PHYSICIAN:**     **CHARLES HIGUERA, DC**

## MRI OF THE LUMBAR SPINE WITHOUT CONTRAST

INDICATION: Back pain, rule out HNP.

TECHNIQUE: T1, T2 and STIR sequences of the lumbar spine were obtained.

COMPARISON: No prior studies were available for comparison at the time of dictation.

FINDINGS: The distal spinal cord is normal in signal. The conus medullaris is located at a normal level.

L3-L4 and L4-L5 diffuse posterior disc bulges with moderate bilateral foraminal narrowing and mild facet joint widening and superimposed broad-based posterior central herniations are narrowing lateral recesses, impinging traversing L4 and L5 nerve roots.

The remainder of the lumbar disc levels are of normal height and hydration, demonstrating no evidence of significant bulge or herniation.

There is no fracture or listhesis. Vertebral marrow signal is preserved.

There is normal lumbar lordosis.

IMPRESSION:

**L3-L4 and L4-L5 broad-based posterior central acute herniations and regional traversing nerve roots impingement.**

Thank you for the opportunity to participate in the care of this patient.

B.V. Reddy MD

B.V. REDDY, M.D.
Diagnostic Radiologist and Nuclear Medicine Physician
Diplomate of ABNM and ABR
Body/MRI and Breast Imaging Specialist
ER Radiologist

To: "A J Z MEDICAL CARE, PC" From: CDT Pages: 2



**CitiMed**
DIAGNOSTIC

65-55 Woodhaven Blvd., Rego Park, NY, 11374
Tel: (718) 275-2200 Fax: (718) 275-7800
www.citimedny.com

**PATIENT NAME:** KHAN, MOHAMMAD
**DATE OF BIRTH:** 11/10/1951
**MRN #:** WD7686
**DATE OF SERVICE:** 06/02/2019
**REFERRING PHYSICIAN:** CHARLES HIGUERA, DC

Signed by B.V. REDDY, MD at 6/14/2019 8:12:04 PM



To: "A TO Z MEDICAL CARE, PC" From: CDI, ages: 2



**CitiMed**
DIAGNOSTIC

---

65-55 Woodhaven Blvd., Rego Park, NY, 11374
Tel: (718) 275-2200 Fax: (718) 275-7800
www.citimedny.com

---

| | |
|---|---|
| **PATIENT NAME:** | **KHAN, MOHAMMAD** |
| **DATE OF BIRTH:** | **11/10/1951** |
| **MRN #:** | **WD7686** |
| **DATE OF SERVICE:** | **06/02/2019** |
| **REFERRING PHYSICIAN:** | **CHARLES HIGUERA, DC** |

## MRI OF THE CERVICAL SPINE WITHOUT CONTRAST

INDICATION: Neck pain, rule out HNP.

TECHNIQUE: T1, T2, T2 GRE and STIR weighted sequences of the cervical spine were obtained.

COMPARISON: No prior studies were available for comparison at the time of dictation.

FINDINGS: The visualized portions of the posterior fossa are within normal limits. The craniocervical junction is unremarkable.

There are multilevel diffuse posterior disc bulges between C3 and C7, and with superimposed subligamentous herniations.

Most prominent herniations are noted at C3-C4, C4-C5 , C5-C6 and C6-C7. The multilevel herniations narrow the lateral recess, impinging on ventral thecal takeoff of traversing C5, C6, C7 and C8 nerve roots respectively, with disc space narrowing and signal loss at C4-C5 and C5-C6. There is mild facet joints widening.

Remainder of the cervical disc levels disc levels are of normal height and hydration, and show no evidence of significant bulge or herniation.

There is no fracture or listhesis. Vertebral marrow signal is preserved. The cord signal is normal.

There is normal cervical lordosis.

**IMPRESSION:**

**Multilevel posterior herniations between C3 and C7 with regional nerve root impingement as described. Significant bilateral neural foraminal narrowing predominantly at C4-C5 and C6-C7.**

Thank you for the opportunity to participate in the care of this patient.

Page 1 of 2

To: "A TO Z MEDICAL CARE, PC" From: CD1 Pages: 2



**CitiMed**
D I A G N O S T I C

65-55 Woodhaven Blvd., Rego Park, NY, 11374
Tel: (718) 275-2200 Fax: (718) 275-7800
www.citimedny.com

PATIENT NAME:        KHAN, MOHAMMAD
DATE OF BIRTH:       11/10/1951
MRN #:               WD7686
DATE OF SERVICE:     06/02/2019
REFERRING PHYSICIAN: CHARLES HIGUERA, DC

*B.V. Reddy MD*

B.V. REDDY, M.D.
Diagnostic Radiologist and Nuclear Medicine Physician
Diplomate of ABNM and ABR
Body/MRI and Breast Imaging Specialist
ER Radiologist

Signed by B.V. REDDY, MD at 6/14/2019 8:12:16 PM



**CitiMed**
DIAGNOSTIC

65-55 Woodhaven Blvd., Rego Park, NY, 11374
Tel: (718) 275-2200 Fax: (718) 275-7800
www.citimedny.com

| | |
|---|---|
| **PATIENT NAME:** | **KHAN, MOHAMMAD** |
| **DATE OF BIRTH:** | **11/10/1951** |
| **MRN #:** | **WD7686** |
| **DATE OF SERVICE:** | **06/02/2019** |
| **REFERRING PHYSICIAN:** | **CHARLES HIGUERA, DC** |

## MRI OF THE LEFT SHOULDER WITHOUT CONTRAST

**INDICATION:** Pain

**COMPARISON:** No prior study was available for comparison at the time of dictation.

**TECHNIQUE:** T1, T2, and PD, axial, coronal, and sagittal sequences were obtained.

**FINDINGS:**

No os acromiale. Acromioclavicular joint is normal. Lateral downsloping acromion.

Tendinosis and bursal surface fraying of the supraspinatus and infraspinatus tendons. Intact subscapularis tendon. Intact biceps tendon and biceps anchor. Tear of the superior labrum from the 10:00 to 2:00 positions.

The inferior glenohumeral ligament is intact. Teres minor tendon is normal. No muscle atrophy.

No fracture. Bone marrow signal is normal. Glenohumeral cartilage is intact.

No effusion. No subacromial/subdeltoid bursitis. No intra-articular loose body.

**IMPRESSION:**
1. Lateral downsloping acromion.
2. Tendinosis and bursal surface fraying of the supraspinatus and infraspinatus tendons.
3. Tear of the superior labrum from the 10:00 to 2:00 positions.

Thank you for the opportunity to participate in the care of this patient.

To: X. /O Z MEDICAL CARE, PC  From: CD Page/gos



**CitiMed**
DIAGNOSTIC

65-55 Woodhaven Blvd., Rego Park, NY, 11374
Tel: (718) 275-2200 Fax: (718) 275-7800
www.citimedny.com

| | |
|---|---|
| **PATIENT NAME:** | **KHAN, MOHAMMAD** |
| **DATE OF BIRTH:** | **11/10/1951** |
| **MRN #:** | **WD7686** |
| **DATE OF SERVICE:** | **06/02/2019** |
| **REFERRING PHYSICIAN:** | **CHARLES HIGUERA, DC** |

PRIYESH PATEL, M.D., M.P.H.
Board Certified Diagnostic Radiologist
Musculoskeletal & Spine Imaging Specialist

Signed by PRIYESH PATEL, MD, MPH at 6/5/2019 11:46:51 AM

Page **2** of **2**

# POLICE ACCIDENT REPORT (NYC)

Page 1 of 4 Pages

New York State Department of Motor Vehicles

MV-104AN (7/11)

031854068 010 1088

**☐ AMENDED REPORT**

| Precinct | 088 |
| Accident No. | MV-2019-088-000210 |
| Complaint Number | |

No. of Vehicles 2 | No. Injured 0 | No. Killed 0 | Not Investigated at Scene ☑ | Reconstructed ☐ | Left Scene ☐ | Police Photos ☐ Yes ☑ No

| Accident Date Month 2 Day 15 Year 2019 | Day of Week FRIDAY | Military Time 18:13 |

## VEHICLE 1

☑ VEHICLE 2 ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

| | VEHICLE 1 - Driver License ID Number 316272789 | State of Lic. NY | VEHICLE 2 - Driver License ID Number 579839187 | State of Lic. NY |

| Driver Name -exactly as printed on license | MCINTOSH-GARRAWAY, SHELLY, S | Apt. No. 1 | Driver Name - exactly as printed on license | KHAN, MUHAMMAD, J | Apt. No. |

| Address (Include Number & Street) 677 EAST 91 STREET | | Address (Include Number & Street) 145 SOUTH PORTLAND AVENUE | |

| City or Town BROOKLYN | State NY | Zip Code 11236 | City or Town BROOKLYN | State NY | Zip Code 11217 |

| Date of Birth Month 3 Day 13 Year 1975 | Sex F | Unlicensed ☐ | No. of Occupants 1 | Public Property Damaged ☐ | Date of Birth Month 11 Day 10 Year 1951 | Sex M | Unlicensed ☐ | No. of Occupants 1 | Public Property Damaged ☐ |

| Name—exactly as printed on registration | Sex | Date of Birth Month Day Year | KHAN, MUHAMMAD, J | Sex M | Date of Birth Month 11 Day 10 Year 1951 |

| Address (Include Number & Street) | Apt. No. | Haz. Mat Code | Released ☐ | Address (Include Number & Street) 145 SOUTH PORTLAND AVENUE | Apt. No. | Haz. Mat. Code | Released ☐ |

| City or Town | State | Zip Code | City or Town BROOKLYN | State NY | Zip Code 11217 |

| Plate Number 3510372 | State of Reg. NY | Vehicle Year & Make FREIGHTLINER | Vehicle Type BOX TRUCK | Ins. Code | Plate Number HYB5178 | State of Reg. NY | Vehicle Year & Make 2006 TOYOTA | Vehicle Type SW/SUV | Ins. Code 100 |

| Ticket/Arrest Number(s) | | Ticket/Arrest Number(s) | |

| Violation Section(s) | | Violation Section(s) | |

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**

| Box 1 - Point of Impact | 5 | 5 |
| Box 2 - Most Damage | | |
| Enter up to three more Damage Codes | 3 18 | 4 18 | 5 18 |

Vehicle Towed: By ___ To ___

**VEHICLE 2 DAMAGE CODES**

| Box 1 - Point of Impact | 1 | 2 |
| Box 2 - Most Damage | 1 | 1 |
| Enter up to three more Damage Codes | 3 18 | 4 18 | 5 18 |

Vehicle Towed: By ___ To ___

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

| Rear End | Left Turn | Right Angle | Right Turn | Head On |
| 1. | 2. | 3. | 5. | 7. |
| Sideswipe (same direction) | Left Turn | | Right Turn | Sideswipe (opposite |
| 4. | | | 6. | 8. |

**ACCIDENT DIAGRAM**

**VEHICLE DAMAGE CODING:**

1-13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

5 RIGHT TURN (SAME DIR)

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine ☐ Yes ☑ No

| Reference Marker | Coordinates (if available) Latitude/Northing 40.682 Longitude/Easting -73.96867 | Place Where Accident Occurred: ☐ BRONX ☑ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND |

Road on which accident occurred ATLANTIC AVENUE (Route Number or Street Name)

at 1) intersecting street _____ (Route Number or Street Name)

or 2) ___ Feet ___ Miles ☐ N ☐ S ☐ E ☐ W of CLERMONT AVENUE (Milepost, Nearest Intersecting Route Number or Street Name)

**Accident Description/Officer's Notes** AT TPO OPERATOR OF VEHICLE NUMBER ONE STATES, SHE WAS GOING W/B ON ATLANTIC, ON THE RIGHT MOST LANE, WHEN SHE WAS TURNING RIGHT ONTO N/B CLERMONT VEHICLE NUMBER TWO DID HIT HER TRUCK. CAUSING DAMAGE TO THE LEFT SIDE OF THE TRUCK. OPERATOR OF VEHICLE TWO FURTHER STATES THAT VEHICLE TWO WAS STATIONARY PRIOR TO HER STARTING TO MAKE THE TURN. AT TPO OPERATOR OF VEHICLE TWO STATES HE WAS FULLY STOPPED FACING W/B ON

| ALL INVOLVED | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Name of all involved |
| | A | 1 | 1 | | 4 | | 1 | 44 | F | | | | | | MCINTOSH-GARRAWAY, SHELLY, S |
| | B | 2 | 1 | | 4 | | 1 | 67 | M | | | | | | KHAN, MUHAMMAD, J |

Date of Death Only

| Officer's Rank and Signature POM | Print Name in Full JIOVANNI FIERRO | Tax ID No. 961761 | NCIC No. 03030 | Precinct 088 | Post/Sector | Reviewing Officer LT STEPHEN K LEUZE | Date/Time Reviewed 02/21/2019 17:05 |

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. |
|---|---|---|
| Address | | |
| Date of Birth — Month Day Year | Telephone (Area Code) ( ) | |

| Last Name | First | M.I. |
|---|---|---|
| Address | | |
| Date of Birth — Month Day Year | Telephone (Area Code) ( ) | |

| Last Name | First | M.I. |
|---|---|---|
| Address | | |
| Date of Birth — Month Day Year | Telephone (Area Code) ( ) | |

| Last Name | First | M.I. |
|---|---|---|
| Address | | |
| Date of Birth — Month Day Year | Telephone (Area Code) ( ) | |

Highway Dist. at Scene? ☐ Yes ☑ No
Name:

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1 _____

Vehicle No. 2 4089-51-71-24

Expiration Date _____

Expiration Date 08/15/2019

VIN 4UZAANCP64CL85135

VIN 5TDZA23C56S433213

**WITNESS** (Attach separate sheet, if necessary)

| Name | Address | Phone |
|---|---|---|
| | | 9294319771 |
| WHITE, MONIQUE | | 3474880809 |
| LYNCH, JOAN | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)

☐ Motor Transport Division (P.D. vehicle involved)

☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)

☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved)

☐ Personnel Safety Unit (if a P.D. vehicle involved)

☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED** (other than vehicles)

**OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle | –Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident ☐ Siren ☐ Horn ☐ Turret Light ☐ 4-Way Flasher ☐ High-Level Warning Lights ☐ Traffic Cones ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal
☐ Pursuing Violator
☐ Other (Describe)
☐ Complying with Station House Directive
☐ Routine Patrol

MV-104AN (7/11)

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)
MV-104AN (7/11)

Page 3 of 4 Pages

☐ **AMENDED REPORT**

Precinct 088

Accident No. MV-2019-088-000210

Complaint Number

Not Investigated at Scene ☐
Reconstructed ☐
Left Scene ☐
Police Photos ☐ Yes ☑ No

**1** Accident Date: Month 2 Day 15 Year 2019 Day of Week FRIDAY Military Time 18:13 No. of Vehicles 2 No. Injured 0 No. Killed 0

☐ VEHICLE ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

**2** VEHICLE - Driver License ID Number | State of Lic.
Driver Name - exactly as printed on license
Address (Include Number & Street) | Apt. No.
City or Town | State | Zip Code

VEHICLE - Driver License ID Number | State of Lic.
Driver Name - exactly as printed on license | Apt. No.
Address (Include Number & Street)
City or Town | State | Zip Code

**3/2** Date of Birth Month Day Year | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐
Name - exactly as printed on registration | Sex | Date of Birth Month Day Year

Date of Birth Month Day Year | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐
Name - exactly as printed on registration | Sex | Date of Birth Month Day Year

**4/4** Address (Include Number & Street) | Apt. No. | Haz. Mat Code | Released ☐
City or Town | State | Zip Code

Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐
City or Town | State | Zip Code

**5/1** Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code
Ticket/Arrest Number(s)
Violation Section(s)

Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code
Ticket/Arrest Number(s)
Violation Section(s)

**6/1** VEHICLE 1
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes | 1 | 2 | 3 | 4 | 5

VEHICLE 2
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes | 1 | 2 | 3 | 4 | 5

Vehicle Towed: By To
Vehicle Towed: By To

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

1. Rear End
2. Sideswipe (same direction)
3. Left Turn
4. Left Turn
5. Right Angle
6. Right Turn
7. Right Turn
8. Head On / Sideswipe (opposite)

**ACCIDENT DIAGRAM**

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

5 RIGHT TURN (SAME DIR)

**7/1** VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
Unknown/Unable to Determine ☐ | Yes ☐ | No ☐

Reference Marker | Coordinates (if available)
Latitude/Northing 40.682
Longitude/Easting -73.96867

Place Where Accident Occurred: ☐ BRONX ☑ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND

Road on which accident occurred ATLANTIC AVENUE (Route Number or Street Name)

at 1) intersecting street (Route Number or Street Name)

or 2) ☐ N ☑ S ☐ E ☑ W of CLERMONT AVENUE (Milepost, Nearest Intersecting Route Number or Street Name)

Feet Miles

Accident Description/Officer's Notes ATLANTIC WHEN VEHICLE NUMBER ONE WAS MAKING A SHARP RIGHT TURN FROM THE MIDDLE LANE HITTING HIS VEHICLE. CAUSING DAMAGE TO THE LEFT SIDE OF THE FRONT BUMPER. AT TPO BOTH WITNESSES CORROBORATE OPERATOR OF VEHICLE ONE STORY. NO PINS OR INJURIES REPORTED AT TIME OF THIS REPORT. VEHICLE ONE IS A UNITED STATES POSTAL SERVICE VEHICLE AND IS SELF INSURED.

**ALL INVOLVED**
8 9 10 11 12 13 14 15 16 17 BY TO 18 | Names of all involved | Date of Death Only

Officer's Rank and Signature ▶ POM
Print Name in Full JIOVANNI FIERRO

Tax ID No. 961761 | NCIC No. 03030 | Precinct 088 | Post/Sector | Reviewing Officer LT STEPHEN K LEUZE | Date/Time Reviewed 02/21/2019 17:05

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. |
|---|---|---|
| Address | | |

| Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|
| Month | Day | Year | (    ) |

| Last Name | First | M.I. |
|---|---|---|
| Address | | |

| Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|
| Month | Day | Year | (    ) |

| Last Name | First | M.I. |
|---|---|---|
| Address | | |

| Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|
| Month | Day | Year | (    ) |

| Last Name | First | M.I. |
|---|---|---|
| Address | | |

| Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|
| Month | Day | Year | (    ) |

| Last Name | First | M.I. |
|---|---|---|
| Address | | |

| Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|
| Month | Day | Year | (    ) |

Highway Dist. at Scene?  ☐ Yes ☐ No
Name:

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. _____     Vehicle No. _____

Expiration Date _____     Expiration Date _____

VIN _____     VIN _____

**WITNESS (Attach separate sheet, if necessary)**

| Name | Address | Phone |
|---|---|---|
| | | |
| | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles
   (if anyone is killed/injured)

☐ Motor Transport Division
   (P.D. vehicle involved)

☐ NYC Taxi & Limousine Comm.
   (if a Licensed taxi or limousine involved)

☐ Other City Agency
   (Specify)

☐ Office of Comptroller
   (if a City vehicle involved)

☐ Personnel Safety Unit
   (if a P.D. vehicle involved)

☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED** (other than vehicles) | **OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle | Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|---|
| | | | | | | |

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|
| | | | | | |

Equipment in Use At Time of Accident   ☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal

☐ Pursuing Violator

☐ Other (Describe)

☐ Complying with Station House Directive

☐ Routine Patrol

Page 4  of 4  Pages

Right Turn (same dir) : MV-2019-088-000210
Reporting Officer : POM JIOVANNI FIERRO
Reviewing Officer : LT STEPHEN K LEUZE Reviewed Date : 02/21/2019 17:05









# EXHIBIT "B"

LAW DEPARTMENT
NATIONAL TORT CENTER


**UNITED STATES
POSTAL SERVICE**

**CERTIFIED NO. 7020 3160 0001 3688 0823**
**RETURN RECEIPT REQUESTED**

August 10, 2021

Mr. Joseph R. Bongiorno
Attorney at Law
250 Mineola Boulevard
Mineola, NY 11501

Re:   Your Client:      Mohammed Khan
      Date of Incident:   February 15, 2019

Dear Mr. Bongiorno:

This is in reference to the administrative claim you filed on behalf of the above-referenced claimant under the provisions of the Federal Tort Claims Act, as a result of injuries allegedly sustained on or about February 15, 2019.

The Postal Service is not legally obligated to pay all losses which may occur, but only those caused by the negligent or wrongful act or omission of an employee acting in the scope of his/her employment.  We are guided in our determination by all the information available to us, including the reports of our personnel and any other persons acquainted with the facts.

As to the incident at issue, an investigation of this matter failed to establish a negligent act or omission on the part of the U.S. Postal Service or its employees. Two independent witnesses confirm that your client pulled away from the curb and collided with the Postal Service vehicle. While we regret any injury that may have occurred, we cannot accept legal liability for these alleged damages.

Additionally, even if it could be said that the Postal driver was somehow negligent, which the Postal Service adamantly denies, we do not believe that your client's injuries are causally related to this very minor collision. Moreover, even if they are somehow found related, it is our opinion that based on the medical documentation provided to date that Mr. Kahn has not suffered a "serious injury" as a result of this accident, as that term is defined in N.Y. CLS Ins § 5102(d) (2002), such as to entitle him to recover for non-economic loss.

For all of the foregoing reasons, this claim is denied.

1720 MARKET STREET, ROOM 2400
ST. LOUIS, MO  63155-9948
TEL:  314/345-5820
FAX:  314/345-5893

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied with the Postal Service's final denial of an administrative claim, a claimant may file suit in a United States District Court no later than six (6) months after the date the Postal Service *mails* the notice of that final action.  Accordingly, any suit filed in regards to this denial must be filed no later than six (6) months from the date of the mailing of this letter, which is the date shown above.   Further, note the United States of America is the only proper defendant in a civil action brought pursuant to the Federal Tort Claims Act and such suit may be heard only by a federal district court.

Alternatively, and in accordance with the regulations set out at 39 C.F.R. 912.9(b), prior to the commencement of suit and prior to the expiration of the six (6) month period provided in 28 U.S.C. § 2401(b), a claimant, his duly authorized agent, or legal representative, may file a written request for reconsideration with the postal official who issued the final denial of the claim. Upon the timely filing of a request for reconsideration, the Postal Service shall have six (6) months from the date of filing in which to make a disposition of the claim and the claimant's option under 28 U.S.C. § 2675(a) shall not accrue until six (6) months after the filing of the request for reconsideration.

A request for reconsideration of a final denial of a claim shall be deemed to have been filed when received in this office.


Sincerely,


Brittany Lindsay
Tort Claim Adjudicator


cc:    Xiomara Nunez
       Tort Claims Coordinator
       File No. 110-19-00424732A

**CIV NO.**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MUHAMMAD J. KAHN,

                           Plaintiff(s),

   -   against -


THE UNITED STATES POSTAL SERVICE and SHELLY S. MCINTOSH-GARRAWAY,

                           Defendant(s).

VERIFIED COMPLAINT

THE LAW OFFICES OF JOSEPH R. BONGIORNO & ASSOCIATES, PC
Attorneys for Plaintiff
220 Mineola Boulevard
Mineola, NY 11501
Tel: 516-741-2405, Fax: 516-741-2554

To                                  Signature

Attorney(s) for